# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**ASHLEIGH LYNNE EPPS,**　　　　　　　　　CASE NO. 3:20 CV 1813

　　　Plaintiff,

　　　v.　　　　　　　　　　　　　　　　　JUDGE JAMES R. KNEPP II

**COMMISSIONER OF SOCIAL SECURITY,**

　　　　　　　　　　　　　　　　　　　　**MEMORANDUM OPINION AND**
　　　Defendant.　　　　　　　　　　　　　**ORDER**

Plaintiff Ashleigh Lynne Epps seeks judicial review of an adverse social security decision under 42 U.S.C. § 405(g). This case was referred to Magistrate Judge Jonathan D. Greenberg for a Report and Recommendation ("R&R") under Local Civil Rule 72.2(b)(2). Judge Greenberg recommends this Court vacate the Commissioner's final decision and remand this case for further proceedings. (Doc. 16).

Under the relevant statute:

> Within fourteen days of being served with a copy [of a Magistrate Judge's R&R], any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b)(2). The failure to file timely written objections to a Magistrate Judge's R&R constitutes a waiver of *de novo* review by the district court of any issues covered in the R&R. *Thomas v. Arn*, 728 F.2d 813, 814-15 (6th Cir. 1984); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

In this case, the fourteen-day time period has passed and no objections have been filed.

Despite the lack of objections, the Court has reviewed Judge Greenberg's R&R, and agrees with the findings and recommendation therein. Therefore, the Court ADOPTS Judge Greenberg's R&R (Doc. 16) as the Order of this Court. The Court VACATES the Commissioner's final decision and REMANDS this case for further proceedings.

IT IS SO ORDERED.

        s/ *James R. Knepp II*
       UNITED STATES DISTRICT JUDGE